IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

PERMANENT GENERAL ASSURANCE COMPANY                                PLAINTIFF

v.                                         CAUSE NO. 5:22-cv-25-DCB-LGI

BRANDON L. BUTLER; and FERRIDAY
AUTO VENTURES, LLC d/b/a LAKESIDE FORD                            DEFENDANTS

## Final Judgment

THIS MATTER came before the Court on Ferriday Auto Ventures, LLC d/b/a Lakeside Ford's Motion to Dismiss for Lack of Subject Matter Pursuant to Rule 12(b)(1) [ECF No. 9]; and the Court, having found that the case should be dismissed in an Order of even date herewith;

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED.

SO ORDERED, this the 26th day of October, 2022.

/s/ David Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE